# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

ADLIFE MARKETNG & COMMUNICATIONS,
CO., INC., *Plaintiff*,

v.                                                          C.A. No. _____

ATHLON MEDIA GROUP,
ATHLON SPORTS COMMUNICATIONS, INC.,
and ATHLON SPORTS COMMUNICATIONS, INC.
d/b/a ATHLON MEDIA GROUP,
*Defendants*.

## COMPLAINT

**I.     JURISDICTION AND VENUE**

1.     Plaintiff Adlife Marketing and Communications, Co., Inc., is a Rhode Island company with a principal place of business at 38 Church St., Pawtucket, Rhode Island.

2.     Defendant Athlon Media Group, is a company located at 2451 Atrium Way, Nashville, Tennessee 37214.

3.     Defendant Athlon Sports Communications, Inc., is a Tennessee corporation with its principal place of business located at 2451 Atrium Way, Nashville, Tennessee 37214.

4.     Defendant Athlon Sports Communications, Inc. d/b/a Athlon Media Group, is a Tennessee corporation with its principal place of business located at 2451 Atrium Way, Nashville, Tennessee 37214 (together with Athlon Media Group and Athlon Sports Communications, Inc., the "Athlon Entities").

5.     This Court has subject matter jurisdiction over this suit under the provisions of 28 U.S.C. §§ 1338(a) because this is a civil action arising under an Act of Congress relating to copyrights.

6.     This Court has personal jurisdiction over the Athlon Entities because they each committed the acts and omission of copyright infringement in Massachusetts and purposely availed themselves of the forum district.  The Athlon Entities each solicited orders from customers in eastern Massachusetts and, upon information and belief, sold products into eastern Massachusetts.

7.     Venue lies properly within this Court under 28 U.S.C. § 1391(b)(2) because this is a district in which the Defendant is doing business with Plaintiff's photograph via the Internet. Specifically, the Athlon Entities each solicited orders from customers in eastern Massachusetts and, upon information and belief, sold products into eastern Massachusetts.

## COUNT ONE
COPYRIGHT INFRINGEMENT

8. Adlife repeats and incorporates by reference all allegations above and below as if restated here in full.

9. Adlife owns the photo attached as <u>Exhibit 1</u> hereto ("Photo").

10. The Photo has United States copyright registration number:   VA0002012581 issued on August 5, 2016.

11. No later than July, 2016, the Athlon Entities took the Photo from Adlife and posted it on the Athlon Entities' website http://www.parade.com.

12. The Athlon Entities posted the Photo on the following webpage within Athlon's website: http://www.parade.com/140859/parade/easy-game-day-recipes/#spicy-onion-rings-2.

13. The Athlon Entities took and used Adlife's Photo without Adlife's knowledge or permission.

14. The Athlon Entities used the Photo to solicit business and orders in Massachusetts.

15. Upon information and belief, the Athlon Entities' use of the Photo helped the Athlon Entities secure orders from Massachusetts and the Athlon Entities actually secured orders from

Massachusetts after the Athlon Entities took and started using the Photo.

16. The Athlon Entities' unauthorized use on its website of the Photo constitutes copyright infringement in violation of 17 U.S.C. sec. 501 <u>et seq.</u>, entitling Adlife to damages.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff Adlife Marketing and Communications, Co., Inc., respectfully prays as follows:

    A.    That Defendant be summoned to appear and answer this Complaint;

    B.    That this Honorable Court enter judgment in favor of Adlife and against Defendant;

    C.    That this Honorable Court award Adlife actual damages;

    D.    That this Honorable Court award Adlife consequential damages

    E.    That this Honorable Court award Adlife liquidated damages;

    F.    That this Honorable Court award Adlife its attorneys' fees, costs, pre-judgment interest; and

    G.    For such other and further relief as this Court deems necessary, just and proper.

ADLIFE MARKETNG & COMMUNICATIONS, CO., INC.,
By Its Attorney,

/s/ Chip Muller
Chip Muller, Esq. (BBO # 672100)
Muller Law, LLC
155 South Main Street, Suite 101
Providence, RI 02903
(401) 256-5171 (ph.)
(401) 256-5178 (fax)
chip@mullerlaw.com

September 2, 2016

Plaintiff Adlife Marketing & Communications, Co., Inc., by and through its attorneys, demands a TRIAL BY JURY on all counts so triable.

/s/  Chip Muller

Chip Muller, Esq. (BBO # 672100)