# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

ADLIFE MARKETNG & COMMUNICATIONS,
CO., INC.,
    *Plaintiff*,

v.                                                                                                     C.A. No. 1:16-cv-11795

ATHLON MEDIA GROUP,
ATHLON SPORTS COMMUNICATIONS, INC.,
and ATHLON SPORTS COMMUNICATIONS, INC.
d/b/a ATHLON MEDIA GROUP,
    *Defendants*.

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure Plaintiff, Adlife Marketing & Communications, Co., Inc., by and through its counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice, against Defendants Athlon Sports Communications, Inc., and Athlon Sports Communications, Inc., d/b/a Athlon Media Group.

    Respectfully submitted,
    ADLIFE MARKETNG & COMMUNICATIONS,
    CO., INC.,
    By Its Attorney,


    /s/ Chip Muller
    Chip Muller, Esq. (BBO # 672100)
    Muller Law, LLC
    155 South Main Street, Suite 101
    Providence, RI 02903
    (401) 256-5171 (ph.)
    (401) 256-5025 (fax)
    chip@mullerlaw.com

October 24, 2016